**FILED**

05/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0596

IN THE SUPREME COURT OF THE STATE OF MONTANA

IN RE THE MARRIAGE OF:                    )
PHILIP BULLARD,                           )          Cause No. DA-22-0596
                                          )
            Petitioner/Appellant,         )
                                          )
and                                       )          ORDER FOR MOTION FOR
                                          )          THIRTY DAY EXTENSION
                                          )          TO FILE REPONSE BRIEF
WINDY BIRKELAND,                          )
                                          )
            Respondent/Appellee.          )

Upon review of the Appellee's Unopposed Motion for a thirty-day extension to file response brief and good cause therefrom;

It is hereby ORDERED that a thirty-day extension has been granted.

_____
Montana Supreme Court Judge

cc: Jami Rebsom
    Karl Knuchel

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 31 2023